**Harry ZIMMERMAN, Appellant, v. UNITED STATES of America.**

No. 13024.

Circuit Court of Appeals, Eighth Circuit.

Dec. 29, 1944.

Henry G. Morris, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellee and consent of appellant.